IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. S-97-0461 DFL

   v.                         ORDER

THOMAS MARTIN SUKUP,

        Defendant.

_____/

    On March 9, 2006, the court denied the following: (1) a "Motion Requesting Court for Correction of Clerical Errors in Docket and Request for Clerk to Properly Process Filed Pro Se Notices of Appeal Docket Numbers, #81 and #82"; (2) a motion to have counsel appointed under 18 U.S.C. § 3006A; (3) a "Motion Requesting Court for an Evidentiary Hearing"; and (4) a petition for writ of habeas corpus.  Defendant seeks to appeal this decision.

    Under 28 U.S.C. § 2253 a certificate of appealability is warranted only if the case presents a "substantial question,"

1 one that is "'debatable among jurists of reason,'" could be
2 resolved differently by a different court, or is "'adequate to
3 deserve encouragement to proceed further.'"  <u>Jennings v.</u>
4 <u>Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot</u>
5 <u>v. Estelle</u>, 463 U.S. 880, 893 (1983)).
6     This case presents no such "substantial question" because
7 the habeas petition was successive and there are no "clerical
8 errors" to correct.  It is not debatable among jurists of reason
9 that defendant failed to file a notice of appeal or the
10 functional equivalent of a notice of appeal within the applicable
11 time limit.  Docket entries #81 and #82 are correct.  Defendant's
12 motion for a certificate of appealability is DENIED.
13     IT IS SO ORDERED.
14 Dated: 4/6/2006

_____
DAVID F. LEVI
United States District Judge