IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. S-97-0461 DFL

    v.                    ORDER

THOMAS MARTIN SUKUP,

        Defendant.

_____/

    On March 9, 2006, the court denied four of defendant's motions, including a petition for writ of habeas corpus. Defendant sought to appeal this decision on March 27, 2006.  On April 10, 2006, the court construed defendant's notice of appeal as a request for a certificate of appealability and denied that request.

    On April 24, 2006, defendant filed a request for a certificate of appealability as to the court's March 9, 2006 order.  The court has already declined to issue a certificate of appealability and, according to the court docket, defendant's

1   appeal has already been sent to the Ninth Circuit for whatever

2   action the Circuit may choose to take.  Accordingly, defendant's

3   additional request for a certificate of appealability is DENIED.

4       IT IS SO ORDERED.

5   Dated: 6/8/2006

6

7

8                                     DAVID F. LEVI

9                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2