**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Docket No.:  0972 2:97CR00461-001** |
| **Thomas Martin Sukup** ) | |
| ) | |
| ) | |

On June 3, 1999, the above named was sentenced to supervised release for a period of 60 months.  Supervision commenced on April 25, 2013.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Glenn P. Simon

Glenn P. Simon
United States Probation Officer

Dated:   March 31, 2015
         Sacramento, California
         GPS:cd

              /s/ Jeffrey C. Oestreicher
**REVIEWED BY:**   **Jeffrey C. Oestreicher**
                   **Supervising United States Probation Officer**

1

**Re:  Thomas Martin Sukup**
    **Docket No:  0972 2:97CR00461-001**
    **Report and Order Terminating Supervised Release**
    **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Thomas Martin Sukup be discharged from Supervised Release, and that the proceedings in the case be terminated.

| 4/2/2015 | /s/ John A. Mendez |
|---|---|
| **Date** | **Honorable John A. Mendez**<br>**United States District Court Judge** |

Attachment:   Recommendation

cc:     AUSA – Richard J. Bender
        Supervisee - Thomas Martin Sukup